UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

JOHNNY REDFERN, *et al*,                          }
TDCJ-CID NO.907204,                               }
     Plaintiffs,                          }
VS.                                               }   CIVIL ACTION NO. G-05-505
                                                  }
RICHARD A TRINCI, JR, *et al*,                    }
                                                  }
     Defendants.                          }

## FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is

DISMISSED with prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED at Houston, Texas, this 20th day of February, 2009.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE